1  TROUTMAN PEPPER HAMILTON SANDERS LLP
2  Jessica R. Lohr, Bar No. 302348
   jessica.lohr@troutman.com
3  5 Park Plaza, Suite 1400
   Irvine, CA  92614
4  Telephone:  858.509.6044
   Facsimile:   858.509.6040
5
   Attorneys for Defendant
6  Regional Acceptance Corporation

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                      **WESTERN DIVISION**

11

| | |
|---|---|
| LISA VENZKE, | **Case No. 2:20-cv-06842** |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| REGIONAL ACCEPTANCE CORPORATION and DOES 1-50, inclusive, | |
| Defendants. | |

JOINT NOTICE OF SETTLEMENT
CASE NO. 2:20-CV-06842                - 1 -

1
2
3
4
5

Defendant, Regional Acceptance Corporation ("Regional Acceptance"), by counsel, and Plaintiff Lisa Venzke, by counsel, hereby submit this Joint Notice of Settlement. Regional Acceptance and Plaintiff have reached an agreement to settle the above-captioned matter in full. For this reason, the Parties respectfully request the Scheduling Conference set for October 9, 2020 at 9:30 a.m. be adjourned.

6
7                                                    Respectfully submitted,

8  Dated:  September 21, 2020           By: *s/ Jessica R. Lohr*
9                                           Jessica Lohr, Bar No. 302348
                                            Troutman Pepper Hamilton Sanders LLP
10                                          jessica.lohr@troutman.com
                                            5 Park Plaza, Suite 1400
11                                          Irvine, CA  92614
                                            Telephone: 858-509-6000
12                                          Facsimile:  858-509-6040

13                                          *Attorneys for Regional Acceptance Corporation*

14
15                                          By: */s/ Richard Coberly* (with permission)
                                            Richard Coberly, Bar No. 242093
16                                          The Law Office of Richard Coberly
                                            969 S. Village Oaks Dr., Suite 105
17                                          Covina, CA 91724
                                            Telephone: 626-355-6844

18                                          *Attorneys for Plaintiff Lisa Venzke*

19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT
CASE NO. 2:20-CV-06842                - 2 -

110036833